**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00452-CR

**RODRICK BERNARD SPENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F14-00153-K**

## ORDER

Before the Court is appellant's December 27, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received on December 28, 2019 filed as of the date of this order.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE